No. P67/290.—Riviera Trading Corp. *v.* United States, protests 66/613, etc. (New York).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hair ornaments similar in all material respects to those the subject of *United States* v. *Brier Manufacturing Company* (52 CCPA 35, C.A.D. 854), the claim of the plaintiff was sustained.

No. P67/291.—Eldon Industries, Inc. *v.* United States, protests 64/16798, etc. (Los Angeles).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

No. P67/292.—Guy B. Barham Co. and M. Large, Designer *v.* United States, protest 61/17774 (Los Angeles).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of colored opal glass tiles or tiling similar in all material respects to those the subject of *Casavan Carrara Marble Co., Inc.* v. *United States* (39 Cust. Ct. 97, C.D. 1911), the claim of the plaintiffs was sustained.

No. P67/293.—Ross Products, Inc. *v.* United States, protest 64/9019 (New York).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic foam dish mops the same in all material respects as those the subject of *Ross Products, Inc.* v. *United States* (45 Cust. Ct. 290, Abstract 64603), the claim of the plaintiff was sustained.